UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED B. DUFRESNE<br><br>              Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br>ADOBE SYSTEMS INC. and<br>MACROMEDIA, INC.<br><br>              Defendants. | Civ. A. No. 02-11778 WGY |

## TABLE OF CLAIM TERMS FOR CONSTRUCTION AND RESPECTIVE PROPOSED CONSTRUCTIONS OF THE PARTIES

Paul J. Hayes, Esq.
Eugene A. Feher, Esq.
Paul J. Cronin, Esq.
**MINTZ, LEVIN, COHN, FERRIS,**
**GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000 (Telephone)
(617) 542-2241 (Facsimile)

*Attorneys for Plaintiff*

Frank E. Scherkenbach, Esq.
Kurt L. Glitzenstein, Esq.
**FISH & RICHARDSON, P.C.**
225 Franklin Street
Boston, Massachusetts 02110
(617) 542-5070 (Telephone)
(617) 542-8906 (Facsimile)

*Attorneys for Defendants*

For the convenience of the Court, the claim terms for construction, and the respective constructions asserted by Plaintiff and Defendants respectively, are set forth below.

| *SERVER* |
|---|
| (Claims 9, 14 and 26) |

| **Plaintiff's Construction** | **Defendants' Construction** |
|---|---|
| A computer or computer software that receives requests for information from a client. | A computer that receives requests for information from a client. |

| *CLIENT* |
|---|
| (Claims 9, 14 and 26) |

| **Plaintiff's Construction** | **Defendants' Construction** |
|---|---|
| A computer or computer software that requests information from a server. | A computer that requests information from a server. |

| *EXECUTABLE TAGS* |
|---|
| (Claims 9, 14 and 26) |

| **Plaintiff's Construction** | **Defendants' Construction** |
|---|---|
| EXECUTABLE TAGS:<br><br>Delimited computer codes capable of being directed to both static and variable values. | EXECUTABLE TAG:<br><br>An HTML-like expression that begins with "<" and ends with ">", wherein the entire expression is replaced with a value upon execution of the tag. |

1

### *HYPERTEXT SOURCE TO A DISPLAYABLE PAGE*

(Claims 9, 14 and 26)

| Plaintiff's Construction | Defendants' Construction |
|---|---|
| Text with codes that indicate how a page should be displayed by a browser. | A single, self-sufficient file consisting of HTML tags and executable tags, where the portion consisting of HTML tags can be displayed as a webpage on the monitor of a client computer using a Web browser. |

### *PROCESSING THE SOURCE…BY EXECUTING THE TAGS*

(Claims 9 and 14)

### *A PROCESS FOR PROCESSING THE SOURCE…THE PROCESS EXECUTING THE EXECUTABLE TAGS*

(Claim 26)

| Plaintiff's Construction | Defendants' Construction |
|---|---|
| **THE PROCESS EXECUTING THE EXECUTABLE TAGS:**<br><br>A program capable of processing static and variable values referred to by the executable tags.<br><br>**PROCESSING THE SOURCE…BY EXECUTING THE TAGS/PROCESSING THE SOURCE…, THE PROCESS EXECUTING THE EXECUTABLE TAGS:**<br><br>Executing the executable tags using a program capable of processing static and variable values referred to by the executable tags. | **PROCESSING THE SOURCE…BY EXECUTING THE TAGS/PROCESSING THE SOURCE…, THE PROCESS EXECUTING THE EXECUTABLE TAGS:**<br><br>Processing the same file into which executable tags were inserted, by replacing each executable tag in the file with its corresponding value. |

| *EXECUTABLE SCRIPTS* ||
|---|---|
| *(Claim 14)* ||
| **Plaintiff's Construction** | **Defendants' Construction** |
| **EXECUTABLE SCRIPTS:**<br><br>Collections of computerized instructions which when run perform predefined tasks like mathematical computations or complex data arrangements. | **SCRIPT:**<br><br>A collection of executable tags and instructions, where the collection is executed in sequence to perform a prescribed task. |

| *EMBEDDED WITHIN MARKUP CODES* ||
|---|---|
| *(Claim 9)* ||
| *MARKUP CODES…EMBEDDED WITHIN THE CODES* ||
| *(Claim 26)* ||
| **Plaintiff's Construction** | **Defendants' Construction** |
| **EMBEDDED WITHIN:**<br><br>Between<br><br>**MARKUP CODES/THE CODES:**<br><br>In a hypertext language, the computer codes within delimiters that indicate how a document is interpreted by a browser. | **MARKUP CODE:**<br><br>An HTML expression that begins with "<" and ends with ">" and that is used by a Web browser on the client computer to display the webpage on the monitor of the client computer.<br><br>**EMBEDDED WITHIN THE MARKUP CODES/ EMBEDDED WITHIN THE CODES:**<br><br>Placed between the "<" and ">" symbols bounding respective markup codes. |

3

| DATABASE | |
|---|---|
| (Claim 26) | |
| **Plaintiff's Construction** | **Defendants' Construction** |
| A collection of data for retrieval. | A structured set of data. |

Dated: May 14, 2007

/s/ Paul J. Hayes
Paul J. Hayes, Esq.
Eugene A. Feher, Esq.
Paul J. Cronin, Esq.
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000 (Telephone)
(617) 542-2241 (Facsimile)

*Attorneys for Plaintiff*

/s/ Frank E. Scherkenbach
Frank E. Scherkenbach, Esq.
Kurt L. Glitzenstein, Esq.
**FISH & RICHARDSON, P.C.**
225 Franklin Street
Boston, Massachusetts 02110
(617) 542-5070 (Telephone)
(617) 542-8906 (Facsimile)

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 14, 2007.

/s/ Paul J. Cronin
Paul J. Cronin

ACTIVE 4038194v.1