UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED B. DUFRESNE, </br></br>　　　　　Plaintiff, </br></br>　v. </br></br>MICROSOFT CORPORATION, </br>ADOBE SYSTEMS INC. and </br>MACROMEDIA, INC. </br></br>　　　　　Defendants. | Civ. A. No. 02-11778 WGY |

## JOINT APPENDIX FOR CLAIM CONSTRUCTION

Paul J. Hayes, Esq.
Eugene A. Feher, Esq.
Paul J. Cronin, Esq.
**MINTZ, LEVIN, COHN, FERRIS,**
**GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000 (Telephone)
(617) 542-2241 (Facsimile)

*Attorneys for Plaintiff*

Frank E. Scherkenbach, Esq.
Kurt L. Glitzenstein, Esq.
**FISH & RICHARDSON, P.C.**
225 Franklin Street
Boston, Massachusetts 02110
(617) 542-5070 (Telephone)
(617) 542-8906 (Facsimile)

*Attorneys for Defendants*

## INDEX OF EXHIBITS

A. U.S. Patent No. 5,835,712 - DuFresne

B. File History for U.S. Patent No. 5,835,712 (Tabs 1-16)

**Prior Art Cited In File History**

C. U.S. Patent No. 5,355,472 - Lewis

D. U.S. Patent No. 5,367,621 - Cohen

E. U.S. Patent No. 5,455,948 - Poole

F. U.S. Patent No. 5,530,852 - Meske, Jr.

G. U.S. Patent No. 5,572,643 - Judson

H. U.S. Patent No. 5,623,656 - Lyons

I. 483576 A2, 10/1991, European Patent Office

J. "Inserting Multimedia Objects into HTML3," http://www.w3.org/pub/WWW/TR/WD-insert-951221.html., 14 pages

K. "An Instantaneous Introduction to CGI Scripts and HTML Forms," Jan. 5, 1996, 15 pages

L. "A Tour of Website," http://www.Website.ora.com/book/ch03.htm, 9 pages

M. "SurfCart 1.0" (Theory), Apr. 10, 1996, 3 pages

N. "SurfCart 1.0" (Concept), Apr. 10, 1996, 3 pages

O. StoreBuilder,™, April 10, 1996, 2 pages

P. "Andy's Netscape HTTP cookie Notes," http://www.illuminatus.com/cookie, Apr. 10, 1996, 5 pages

Q. E-mail correspondence from Jim Killian to Netscape Newsgroup, Apr. 10, 1996, 3 pages

R. E-mail correspondence from Dav Amann to Netscape Newsgroup, Apr. 10, 1996, 3 pages

S. Van Hoff, "Java and Internet Programming", Dr. Dobb's Journal, Aug. 1995, pp. 56, 58, 60, 61, 101-102